J. Christopher Jorgensen (SBN 5382)
E-mail: cjorgensen@lrrc.com
Matthew W. Park (SBN 12062
E-mail: mpark@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant General Electric Company*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD SUMNER and SARAH SUMNER, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BORGWARNER MORSE TEC, INC., a successor-by-merger to Borg-Warner Corporation; CBS CORPORATION, a Delaware Corporation f/k/a Viacom, Inc., successor by merger to CBS Corp., a Pennsylvania Corp., f/k/a Westinghouse Electric Corp.; CERTAINTEED CORPORATION, a Pennsylvania Corp., et al.,<br><br>Defendants. | Case:  2:16-cv-00415-RFB-VCF<br><br>**CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO F.R.C.P 7.1 OF DEFENDANT GENERAL ELECTRIC COMPANY** |

The undersigned, counsel of record for Defendant General Electric Company ("GE"), and pursuant to FRCP 7.1, certifies that the following have an interest in the outcome of this case.

1.  Publicly-traded companies in which GE and affiliates (including GE Capital and GE Capital Equity) own 10% or more of the outstanding stock:

> APR Energy plc (London Stock Exchange)
> Synchrony Financial
> Townsquare Media, Inc.[1]

---

[1] Per 13D filed: 1. Represents shares of Class A Common Stock of Townsquare Media, Inc. (the "Issuer") issuable upon conversion of the 2,996,283 shares of Class C Common Stock directly owned by GE Capital Equity Holdings, Inc. Each holder of Class C Common Stock is entitled to convert at any time all or any part of such holder's shares into an equal number of shares of the Issuer's Class A Common Stock, subject to restrictions set forth in the Issuer's certificate of incorporation. Holders of the Issuer's Class C Common Stock are not entitled to vote on matters to be voted upon by shareholders generally, whereas each share of

7436269_1

2. GE's subsidiaries which have outstanding securities in the hands of the public (debt, equity or other types of securities) are:

General Electric Capital Corporation

3. There is no parent of GE and no publicly traded company or other entity owns 10% or more of GE.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 7th day of March, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _____
J. Christopher Jorgensen
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
*Attorneys for Defendant General Electric Company*

---

the Issuer's Class A Common Stock entitles its holder to one vote and each share of Issuer's Class B Common Stock entitles its holder to ten votes.

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on counsel, listed below, on the 7th day of March, 2016, through the court's electronic service system:

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 So. Third Street
Las Vegas, NV  89101
Attorneys for Plaintiffs

Mary Price Birk
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO  80202
Attorneys for Certainteed Corporation

Joshua H. Reisman
Jacqueline N. Walton
Reisman·Sorokac
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV  89123
Attorneys for Metropolitan Life Insurance Company

Curtis J. Busby
Bowman and Brooke LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ  85012
Attorneys for Whirlpool Corporation

Robert McCoy
Kaempfer Crowell
1980 Festival Plaza Drive, Ste. 650
Las Vegas, NV  89135
Attorneys for Trane U.S. Inc.

Ryan J. Mandell
Georgeson Angaran, Chtd.
5450 Longley Lane
Reno, NV  89511
Attorneys for Honeywell International Inc.

Von S. Heinz
Matt W. Park
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
Attorneys for CBS Corporation, successor to Westinghouse Electric Corporation

Greg W. Marsh
Law Offices of Greg W. Marsh
731 South Seventh Street
Las Vegas, NV  89101
Attorneys for Whirlpool Corporation

Matthew M. Schroeder
George A. Haddad
Adams, Nye, Becht, LLP
222 Kearny Street, 7th Floor
San Francisco, CA  94108
Attorneys for Whirlpool Corporation

Leann Sanders
Alverson, Taylor, Mortensen & Sanders
7401 W. Charleston Blvd.
Las Vegas, NV  89117
Attorneys for Electrolux Home Products, Inc.

_____
an employee of Lewis Roca Rothgerber Christie LLP

7436269_1

3