1  VON S. HEINZ
   Nevada Bar No. 859
2  vheinz@lrrc.com
   MATTHEW W. PARK
3  Nevada Bar No. 12062
4  mpark@lrrc.com
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
5  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169
6  (702) 949-8200
7  (702) 949-8351 (fax)

8  Attorneys for Defendant
   *CBS CORPORATION, SUCCESSOR TO*
9  *WESTINGHOUSE ELECTRIC CORPORATION*

10

11                    UNITED STATES DISTRICT COURT

12                          DISTRICT OF NEVADA

13

14  GERALD SUMNER and SARAH SUMNER,        Case No.:  2:16-cv-00415-RFB-VCF
15  his wife,

16             Plaintiffs,

17  v.                                     **STIPULATION AND ORDER FOR
                                           DISMISSAL WITHOUT PREJUDICE**
18  BORGWARNER MORSE TEC, INC., a
19  successor-by-merger to Borg-Warner
    Corporation; CBS CORPORATION, a
20  Delaware Corporation f/k/a Viacom, Inc.,
    successor by merger to CBS Corp., a
21  Pennsylvania Corp., f/k/a Westinghouse
    Electric Corp.; CERTAINTEED
22  CORPORATION, a Pennsylvania Corp., et al.,

23             Defendants.

24

25       IT IS HEREBY STIPULATED AND AGREED, by and among the parties to this action,

26  through their undersigned counsel, that all claims and counterclaims asserted in this action, or that

27  could have been asserted in this action, as against CBS Corporation, successor to Westinghouse

28

7611749_1

1  Electric Corporation, are hereby dismissed without prejudice, each party to bear his/her/its own
2  attorneys' fees and costs.
3  **IT IS SO AGREED AND STIPULATED.**
4  Dated this 20th day of April, 2016.

5  CLIFF W. MARCEK                                      LEWIS ROCA ROTHGERBER CHRISTIE LLP

7  By: */s/ Cliff W. Marcek*                            By: */s/ Von S. Heinz*
      Cliff W. Marcek                                        Von S. Heinz
8     700 S. Third Street                                    Matthew W. Park
      Las Vegas, NV 89101                                    3993 Howard Hughes Pkwy, Suite 600
9     *Attorneys for Plaintiffs*                             Las Vegas, NV 89169
                                                             *Attorneys for CBS Corporation*

11 SHRADER & ASSOCIATES                                  ALVERSON, TAYLOR, MORTENSEN &
12                                                       SANDERS

13 By: */s/ Jordan Roberts*                             By: */s/ Leann Sanders*
      Jordan Roberts                                        Leann Sanders
14    3900 Essex Lane, Suite 390                            7401 W. Charleston Blvd.
      Houston, TX 77027                                     Las Vegas, NV 89117
15    *Attorneys for Plaintiffs*                            *Attorneys for Electrolux Home Products,*
                                                            *Inc.*

18 REISMAN·SOROKAC                                       GEORGESON ANGARAN, CHTD.

20 By: */s/ Jacqueline N. Walton*                       By: */s/ Ryan J. Mandell*
      Joshua H. Reisman                                     Ryan J. Mandell
21    Jacqueline N. Walton                                  5450 Longley Lane
      8965 South Eastern Avenue, Ste. 382                   Reno, NV 89511
22    Las Vegas, NV 89123                                   *Attorneys for Honeywell International Inc.*
      *Attorneys for Metropolitan Life*
23    *Insurance Company*

7611749_1

| | |
|---|---|
| LAW OFFICES OF GREG W. MARSH | KAEMPFER CROWELL |
| By: */s/ Greg W. Marsh*<br>Greg W. Marsh<br>731 South Seventh Street<br>Las Vegas, NV 89101<br>*Attorneys for Whirlpool Corporation* | By: */s/ Robert McCoy*<br>Robert McCoy<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>*Attorneys for Trane U.S. Inc.* |

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J. Christopher Jorgensen*
J. Christopher Jorgensen
3993 Howard Hughes Pkwy,
Suite 600
Las Vegas, NV 89169
*Attorneys for Georgia-Pacific LLC
and General Electric Company*

IT IS SO ORDERED:

By_____
UNITED STATES DISTRICT JUDGE

Dated: _____