J Christopher Jorgensen (SBN 5382)
e-mail: cjorgensen@lrrc.com
Matthew W. Park (SBN 12062)
E-mail: mpark@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel:  702.949.8200
Fax: 702.949.8398

*Attorneys for Defendants Georgia-Pacific LLC, incorrectly named in caption as Georgia-Pacific Corporation, and General Electric Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD SUMNER and SARAH SUMNER, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BORGWARNER MORSE TEC, INC., a successor-by-merger to Borg-Warner Corporation; CBS CORPORATION, a Delaware Corporation f/k/a Viacom, Inc., successor by merger to CBS Corp., a Pennsylvania Corp., f/k/a Westinghouse Electric Corp.; CERTAINTEED CORPORATION, a Pennsylvania Corp., et al.,<br><br>Defendants. | Case:  2:16-cv-00415-RFB-VCF<br><br>**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to Local Rules 16-1 and 26-1(b), Plaintiffs Gerald and Sarah Sumner, and Defendants General Electric Company, Georgia Pacific Corporation, Electrolux Home Products, Inc., Honeywell International, Inc., Metropolitan Life Insurance Company and Whirlpool Corporation ("Defendants") submit this Proposed Discovery Plan and Scheduling Order.

1. <u>Meeting</u>.  All remaining Parties met and conferred regarding this Joint Proposed Discovery Plan and Scheduling Order on June 17, 2016, pursuant to Fed. R. Civ. 26(f).

2. <u>Initial Disclosures</u>: The Parties agree to make Fed. R. Civ. P. 26(a) initial disclosures within the time allowed by the Rules.  Initial disclosures will consist of relevant,

2010529020_1

non-privileged material in the Parties' possession pursuant to Fed. R. Civ. P. 26(a)(1).

3. <u>Subjects on which discovery may be needed</u>: Discovery will be limited to non-privileged issues relevant to the parties' claims and defenses.

4. <u>Discovery Plan</u>

    A. <u>Discovery Cut-Off Date</u>. The parties have extensively discussed the amount of anticipated discovery needed in an asbestos exposure case and have agreed that discovery shall be completed by December 15, 2016. This date takes into account the discovery and disclosures that were accomplished while the case was pending in state court, the specialized nature of the claims being made and the extensive use of expert witnesses that will be needed to testify on the subject.

    B. <u>Amending Pleadings and Adding Parties</u>. All motions to amend the pleadings or to add parties shall be filed no later than September 16, 2016, ninety (90) days prior to the close of discovery.

    C. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).</u> Disclosure of expert witnesses shall be staggered as follows: Plaintiff's expert disclosures shall be made no later than September 16, 2016, sixty (90) days prior to the close of discovery. Defendants' expert disclosures shall be made no later than October 1, 2016, seventy-five (75) days prior to the close of discovery. Disclosure of rebuttal experts shall be made no later than October 31, 2016, forty-five (45) days prior to the close of discovery.

    D. <u>Interim Status Reports</u>. The Parties will file the interim status report, pursuant to LR 26-3, by no later than October 17, 2016, sixty (60) days prior to the close of discovery.

    E. <u>Dispositive Motions</u>. All dispositive motions shall be filed no later than January 30, 2017, forty-five (45) days after the close of discovery.

    F. <u>Pretrial Order.</u> The Parties shall file a joint pretrial order no later than March 1, 2017, thirty (30) days after the date set for filing dispositive motions. In

the event additional dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court. The Parties anticipate that trial of this matter will require approximately three weeks in April or May 2017.

G. Fed. R. Civ. P. 26(a)(3) Disclosures. The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made in the joint pretrial order.

5. <u>Extension of Discovery Deadlines</u>. Requests to extend the discovery deadlines set forth in this Joint Discovery Plan and Scheduling Order should be filed with the Court by no later than twenty-one (21) days before the subject deadline.

6. <u>Preservation of Discoverable Evidence</u>.  The Parties hereby agrees to preserve for purposes of this litigation any and all relevant evidence, including documents and other tangible things.  Failure to so preserve shall be grounds for a spoliation instruction at trial.

7. <u>Format of Discovery</u>.  Production format for all electronically stored information (ESI) shall be in portable document files (PDF), unless converting a document to PDF is impossible or otherwise impracticable.  Defendant reserves the right to request that ESI be produced in its native format.  Discoverable information shall be submitted either via U.S. Mail on CD-ROM, DVD-ROM, or another universally accessible media storage device, or via electronic mail, so as to minimize the burden and costs associated with excessive paper discovery.

8. <u>Inadvertent Disclosure</u>.  The inadvertent disclosure of any document or other discoverable item does not thereby waive any privileges retained therein, provided that the inadvertently disclosing party notifies the other parties in writing within a reasonable time after receiving notice of inadvertent disclosure.

9. <u>Required Certifications</u>:

A. Pursuant to District of Nevada Local Rule 26-1(b)(7), the parties certify that they have conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early

2010529020_1                                      3

1      neutral evaluation.

2   B.  Pursuant to District of Nevada Local Rule 26-1(b)(8), the parties certify that

3       they considered consent to trial by a magistrate judge under 28 U.S.C. §

4       636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General

5       Order 2013-01).

6   C.  Pursuant to District of Nevada Local Rule 26-1(b)(9), the parties certify that

7       they have discussed whether they intend to present evidence in electronic

8       format to jurors for purpose of jury deliberations. The parties reserve the

9       right to present evidence in electronic format to jurors for purpose of jury

10      deliberations and agree that any electronic evidence disclosed during

11      discovery shall be disclosed in an electronic format compatible with the

12      court's electronic jury evidence display system.

**So Stipulated:**

Dated this 1st day of July, 2016.                    Dated this 1st day of July, 2016.

Cliff W. Marcek, P.C.                                LEWIS ROCA ROTHGERBER CHRISTIE LLP

  /s/  Cliff W. Marcek                                 /s/  Matthew W. Park
Cliff W. Marcek                                      J Christopher Jorgensen
700 So. Third Street                                 Matthew W. Park
Las Vegas, NV  89101                                 3993 Howard Hughes Pkwy., #600
                                                     Las Vegas, Nevada  89169
Jordan Roberts
Shrader & Associates, L.L.P.                         *Attorneys for Defendants General Electric*
                                                     *Company and Georgia Pacific Corporation*
*Attorneys for Plaintiffs*

Dated this 1st day of July, 2016.                    Dated this 1st day of July, 2016.

Georgeson Angaran, Chtd.                             Alverson, Taylor, Mortensen & Sanders

  /s/  Ryan J. Mandell                                 /s/   Leann Sanders
Ryan J. Mandell                                      Leann Sanders
5450 Longley Lane                                    7401 W. Charleston Blvd.
Reno, NV  89511                                      Las Vegas, NV  89117

*Attorneys for Honeywell                             Attorneys for Electrolux Home Products, Inc.*
*International Inc.*

2010529020_1                             4

| | |
|---|---|
| Dated this 1st day of July, 2016. | Dated this 1st day of July, 2016. |
| Reisman·Sorokac | Law Offices of Greg W. Marsh |
| /s/ Joshua H. Reisman<br>Joshua H. Reisman<br>Jacqueline N. Walton<br>8965 South Eastern Avenue, Ste. 382<br>Las Vegas, NV  89123<br><br>*Attorneys for Metropolitan Life*<br>*Insurance Company* | /s/  Greg W. Marsh<br>Greg W. Marsh<br>731 South Seventh Street<br>Las Vegas, NV  89101<br><br>Matthew M. Schroeder<br>George A. Haddad<br>Adams, Nye, Becht, LLP<br>222 Kearny Street, 7th Floor<br>San Francisco, CA  94108<br><br>Curtis J. Busby<br>Bowman and Brooke LLP<br>2901 North Central Avenue, Suite 1600<br>Phoenix, AZ  85012<br><br>*Attorneys for Whirlpool Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2016, I caused a true and accurate copy of the foregoing document entitled [PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to the following:

Cliff W. Marcek     cwmarcek@marceklaw.com

Curtis Busby     curtis.busby@bowmanandbrooke.com

Greg W. Marsh     gwm4253@aol.com

Jacqueline N. Walton     jwalton@rsnvlaw.com

Joshua H Reisman     jreisman@rsnvlaw.com

LeAnn Sanders     lsanders@alversontaylor.com

Ryan Mandell     ryan@renotahoelaw.com


  /s/ Rebecca J. Contla
An employee of Lewis Roca
Rothgerber Christie LLP