1   RYAN J. MANDELL, ESQ.
     SBN: 8173
2   GEORGESON ANGARAN, CHTD.
     5450 Longley Lane
3   Reno, Nevada 89511
     775.827.6440
4

     Attorneys for Defendant,
5   Honeywell International Inc.

6

7                UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9

10   GERALD SUMNER and SARAH SUMNER,    Case No.: 2:16-cv-00415-RFB-VCF
      his wife,
11
                  Plaintiffs,
12
      vs.
13
      BORGWARNER MORSE TEC, INC., as
14   successor-by-merger to BORG-WARNER
      CORPORATION, CBS CORPORATION, a
15   Delaware Corporation f/k/a VIACOM, INC.,
      successor by merger to CBS CORP., a
16   Pennsylvania Corp., f/k/a WESTINGHOUSE
      ELECTRIC CORP., CERTAINTEED         **STIPULATION AND ORDER FOR**
17   CORPORATION, a Pennsylvania Corp,     **DISMISSAL WITHOUT PREJUDICE**
      CRANE CO., a Connecticut Corp., CRANE
18   CO., Individually and for its subsidiary,
      DIXIE-NARCO, INC., a Connecticut Corp.,
19   DAP, INC., a Maryland Corp.,
      ELECTROLUX HOME PRODUCTS, INC., a
20   Georgia Corp., ENVIRONMENTAL
      ASBESTOS & LEAD KLEAN-UP, a Nevada
21   Corp., GENERAL ELECTRIC COMPANY, a
      Connecticut Corp., GEORGIA-PACIFIC
22   CORPORATION, a Georgia Corp., GENUINE
      PARTS COMPANY OF NEVADA, a Nevada
23   Corp.; HONEYWELL INTERNATIONAL,
      INC., a New Jersey Corp., METROPOLITAN
24   LIFE INSURANCE COMPANY, a New York
      Corp., PNEUMO ABEX, LLC, a New Jersey
25   Corp., SEARS, ROEBUCK & CO., a Illinois
      Corp., TRANE US, INC., f/k/a AMERICAN
26   STANDARD, INC., a North Carolina Corp.,
      UNION CARBIDE CORPORATION, a Texas
27   Corp., WHIRLPOOL CORPORATION,
      Individually and as successor-in-interest to
28   ADMIRAL, a Michigan Corp., WHIRLPOOL
      CORPORATION, Individually and as
      successor-in-interest to JENN-AIR, a



GEORGESON
ANGARAN

- 1 -

1 | Michigan Corp., WHIRLPOOL
2 | CORPORATION, Individually and as
  | successor-in-interest to KITCHENAID, a
  | Michigan Corp., WHIRLPOOL
3 | CORPORATION, Individually and as
  | successor-in-interest to MAYTAG
4 | CORPORATION, a Michigan Corp., DOES I
  | through XX, ROE CORPORATIONS XXI
5 | through XL,

6 |             Defendants.

7

8       IT IS HEREBY STIPULATED AND AGREED, by and among the parties to this action,

9 through their undersigned counsel, that all claims and counterclaims asserted in this action, or

10 that could have been asserted in this action, against HONEYWELL INTERNATIONAL, INC.,

11 are hereby dismissed without prejudice, each party to bear their own attorneys' fees and costs.

12       IT IS SO AGREED AND STIPULATED.

13 DATED this 30th day of November , 2016.      DATED this 22 day of November, 2016.

14 /s/ Jordan C. Roberts

15 Cliff W. Marcek                     Greg W. Marsh
   536 E. St. Louis Avenue             731 South Seventh Street
16 Las Vegas, NV 89104                Las Vegas, NV 89101
17 cwmarcek@marceklaw.com          Gwm4253@aol.com

18 Jordan C. Roberts                  Curtis J. Busby
   Shrader & Associates, LLP         Bowman and Brooke LLP
19 3900 Essex Lane, Suite 390        2901 North Central Avenue, Suite 1600
20 Houston, TX 77027                 Phoenix, AZ 85012
   Jordan@shraderlaw.com            Curtis.busby@bowmanandbrooke.com
21 *Attorneys for Plaintiffs*

22                               Matthew M. Schroeder
23                               George A. Haddad
                                 Adams, Nye, Becht, LLP
24                               222 Kearney Street, 7th Floor
                                 San Francisco, CA 94108
25                               ghaddad@adamsnye.com
                                 *Attorney for Whirlpool Corporation*

26

27 ///
   ///
28 ///


GEORGESON
ANGARAN

1    DATED this _30th_ day of _November_, 2016.          DATED this _22nd_ day of _November_ 2016.

2    /s/ Leann Sanders

3    Leann Sanders                                        Joshua H. Reisman
     Alverson, Taylor, Mortensen & Sanders               Jacqueline N. Walton
4    7401 W. Charleston Blvd.                             8965 South Eastern Avenue, Ste. 382
     Las Vegas, NV 89117                                  Las Vegas, NV 89123
5    lsanders@alversontaylor.com                         jreisman@rsnvlaw.com
6    _Attorneys for Electrolux Home Products, Inc._      jwalton@rsnvlaw.com
                                                          _Attorney for Metropolitan Life Ins. Co._
7

8    DATED this _30th_ day of _November_, 2016.          DATED this _30th_ day of _November_, 2016.

9    /s/ Ryan J. Mandell                                  /s/ J. Christopher Jorgensen

10   Ryan J. Mandell                                      J. Christopher Jorgensen
     Georgeson Angaran, Chtd.                             Matthew W. Park
11   5450 Longley Lane                                    Lewis Roca Rothegerber Christie
     Reno, NV 89511                                       3993 Howard Hughes Pkwy, Suite 600
12   ryan@renotahoelaw.com                                Las Vegas, NV 89169
     _Attorneys for Honeywell International Inc._         cjorgensen@lrrc.com
13                                                        mpark@lrrc.com
                                                          _Attorneys for Georgia-Pacific LLC, incorrectly_
14                                                        _named in caption as Georgia-Pacific_
                                                          _Corporation, and General Electric Company_
15

16

17

18          IT IS SO ORDERED:                             **IT IS SO ORDERED:**

19

20

21                                                        RICHARD F. BOULWARE, II
                                                          United States District Judge
22                                                        DATED this 5th day of December, 2016.

23

24

25

26

27

28


GEORGESON
ANGARAN

- 3 -