KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com

Attorneys for Defendant
Trane U.S. Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD SUMNER and SARAH SUMNER, his wife, <br><br> Plaintiffs, <br><br> vs. <br><br> BORGWARNER MORSE TEC, INC., as successor-by-merger to BORG-WARNERCORPORATION, CBS CORPORATION, a DELAWARE CORPORATION f/k/a VIACOM, INC., successor-by-merger to CBS CORP., a PENNSYLVANIA CORP., f/k/a WESTINGHOUSE ELECTRIC CORP.,CERTAINTEED CORPORATION, a PENNSYLVANIACORP., CRANE CO., a CONNECTICUT CORP., CRANE CO. individually and for its subsidiary, DIXIE-NARCO, INC., a CONNECTICUT CORP., DAP, INC., a MARYLAND CORP., ELECTROLUX HOME PRODUCTS, INC., a GORGEIA CORP., ENVIRONMENTAL ASBESTOS & LEAD KLEAN-UP, a NEVADACORP., GENERAL ELECTRIC COMPANY, a CONNECTICUT CORP., GEORGIA-PACIFIC CORPORATION, a GEORGIA CORP., GENUINE PARTS COMPANY OF NEVADA, a NEVADA CORP, HONEYWELL INTERNATIONAL, | Case No. 2:16-cv-00415-RFB-VCF <br><br> **STIPULATION AND ORDER TO DISMISS TRANE U.S. INC WITH PREJUDICE** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1781184_1.docx   17666.1

Page 1 of 3

| | |
|---|---|
| 1 | INC. a NEW JERSEY CORP., METROPOLITAN LIFE INSURANCE COMPANY, a NEW YORK CORP., PNEUMO ABEX, LLC, a NEW JERSEY CORP., SEARS ROEBUCK & CO. a ILLINOIS CORP., TRANE US, INC., f/k/a AMERICAN STANDARD, INC., a NORTH CAROLINA CORP., UNION CARBIDE CORPORATION, a TEXAS CORP., WHIRLPOOL CORPORATION. Individually and as successor-in-interest to ADMIRAL, a MICHIGAN CORP., WHIRLPOOL CORPORATION, Individually and as successor-in-interest to JENN-AIR, a MICHIGAN CORP, WHIRLPOOL CORPORATION, Individually and as successor-in-interest to KITCHENAID, a MICHIGAN CORP., WHIRLPOOL CORPORATION, Individually and as successor-in-interest to MAYTAG CORPORATION, a MICHIGAN CORP., DOES I through XX, ROE CORPORATIONS XXI through XL, |
| | Defendants. |

The parties stipulate to dismiss all claims against Trane U.S. Inc. with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| CLIFF W. MARCEK | KAEMPFER CROWELL |
| By  /s/ Cliff W. Marcek<br>    Cliff W. Marcek<br>    700 S. Third Street<br>    Las Vegas, NV 89101 | By  /s/ Robert McCoy<br>    Robert McCoy<br>    1980 Festival Plaza Drive, Suite 650<br>    Las Vegas, NV 89135 |
| Attorneys for Plaintiffs | Attorneys for Defendant<br>Trane U.S. Inc. |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1781184_1.docx   17666.1

Page 2 of 3

| | |
|---|---|
| ALVERSON TAYLOR MORTENSEN & SANDERS | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By /s/ Leann Sanders<br>    Leann Sanders<br>    Edward Silverman<br>    7401 W. Charleston Blvd.<br>    Las Vegas, NV 89117 | By /s/ Chris Jorgensen<br>    Chris Jorgensen<br>    3993 Howard Hughes Parkway<br>    Suite 600<br>    Las Vegas, NV 89169 |
| Attorneys for Electrolux Home Products, Inc. | Attorneys for Georgia Pacific Corporation and General Electric Company |
| REISMAN SOROKAC | GEORGESON ANGARAN, CHTD. |
| By /s/ Jacqueline N. Walton<br>    Joshua Reisman<br>    Jacqueline N. Walton<br>    8965 S. Eastern Avenue<br>    Suite 382<br>    Las Vegas, NV 89123 | By /s/ Ryan J. Mandell<br>    Ryan J. Mandell<br>    5450 Longley Lane<br>    Reno, NV 89511 |
| Attorneys for Metropolitan Life Insurance | Attorneys for Honeywell International |
| LAW OFFICES OF GREG MARSH | |
| By /s/ Greg Marsh<br>    Greg Marsh<br>    731 S. 7th Street<br>    Las Vegas, NV 89101 | |
| Attorneys for Whirlpool Corporation | |

**ORDER**

IT IS SO ORDERED.  Defendant Trane U.S. Inc. is hereby dismissed, with prejudice, each party to bear its own fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2016

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1781184_1.docx  17666.1

Page 3 of 3