Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Jacqueline N. Walton, Esq.
Nevada Bar No. 10602
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: jwalton@rsnvlaw.com

*Attorneys for Defendant*
*Metropolitan Life Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD SUMNER and SARAH SUMNER, his wife, | CASE NO.: 2:16-cv-00415-RFB-VCF |
| Plaintiffs, | District Court Case No. A-15-716039-C |
| vs. | |
| BORGWARNER MORSE TEC, INC., as successor-by-merger to BORG-WARNER CORPORATION, et al., | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims asserted in this action, or that could have been asserted in this action, against Defendant Metropolitan Life Insurance Company are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO AGREED AND STIPULATED.

By:   /s/ Cliff Marcek, Esq.        Dated: January 5, 2017
Cliff W. Marcek, Esq.
CLIFF W. MARCEK, P.C.
563 E. St. Louis Ave.
Las Vegas, Nevada 89104

Jordan Roberts, Esq.
SHRADER & ASSOCIATES LLP
3900 Essex Lane, Suite 390
Houston, TX 77027
*Attorneys for Plaintiffs*


By:   /s/ Jacqueline Walton, Esq.        Dated: January 5, 2017
Joshua H. Reisman, Esq.
Jacqueline N. Walton, Esq.
REISMAN SOROKAC
8965 W. Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
*Attorneys for Defendant*
*METROPOLITAN LIFE INSURANCE COMPANY*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

By: /s/ Greg Marsh, Esq.   Dated: January 6, 2017
Greg W. Marsh, Esq.
LAW OFFICES OF GREG W. MARSH
731 S. Seventh Street
Las Vegas, NV 89101

Curtis J. Busby, Esq.
BOWMAN & BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012

Matthew J. Schroeder, Esq.
Georges Haddad, Esq.
ADAMS, NYE, BECHT, LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108

*Attorneys for Defendant*
*WHIRLPOOL CORPORATION, individually and*
*as successor-in-interest to ADMIRAL CORPORATION,*
*KITCHENAID, JENN-AIR AND MAYTAG CORPORATION*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of January, 2017.

3